## FOURTH CIRCUIT NON-COMPLIANT BRIEF AND APPENDIX CHECKLIST

| **BRIEF DOES NOT CONTAIN (FRAP 28, 29):** |
|---|
| Corporate Disclosure Statement |
| Table of Contents, with page references |
| Table of Authorities (alphabetically arranged) with page references to brief |
| Statement of identity, interest & authority to file amicus brief |
| Statement regarding participation by parties, their attorneys, or other persons in funding or authoring amicus brief |
| Jurisdictional Statement |
| Statement of Issues |
| Statement of Case |
| Summary of Argument |
| Argument<br>    Standard of Review (separate heading before discussion of issues is preferred)<br>    Discussion of Issues |
| Conclusion, stating relief sought |
| Signature of Counsel |
| Certificate of Compliance with typeface and length limitations (if brief exceeds applicable page limitations) |
| Certificate of Service |
| **BRIEF FORMAT INSUFFICIENT BECAUSE (FRAP 32):** |
| ✓ Improper cover color, cover should be __BLUE__<br>Cover does not contain:<br>    Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)<br>    Heading:  United States Court of Appeals for the Fourth Circuit<br>    Title of Case (parties' names)<br>    Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of ...<br>    Title of Brief, identifying party for whom brief filed:  Brief of Appellant Joe Doe<br>    Names, Addresses, Phone Numbers of Counsel participating in preparation of brief |
| Binding not secure down left side of document |
| Illegible copying |
| Needs 1" Margin on All Sides |
| Brief references record rather than appendix or does not reference appendix at all. |
| Brief references administrative record rather than appendix, and one paper copy of administrative record has not been filed as required if administrative record is adopted in lieu of an appendix. |
| Font size too small  *(FRAP 32(a)(5))* |

12/01/2016 MFT/SCC

| |
|---|
| Text is not double spaced |
| Length exceeds that allowed by *FRAP 32(a)(7)* |
| Brief is double sided |
| Brief contains improper addendum material *(Loc. R. 28(b))* |
| Brief contains improper hyperlinks *(Loc. R. 25(a)(12))* |
| Required paper copy not received *( Loc. R. 31(d))* Number needed: |
| **APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b)):** |
| Detailed Table of Contents within each volume of appendix with:<br>    Page numbers<br>    Name of each witness whose testimony is included and page number on which testimony begins<br>    Number and description of each exhibit and page number on which exhibit begins |
| Name of testifying witness and type of examination at top of each page of appendix containing testimony |
| Portions of record vital to understanding issues on appeal, including:<br>    District court/agency docket sheet<br>    Complaint or petition (civil)/Indictment (criminal)<br>    Sentencing transcript (required in sentencing appeal)<br>    Presentence report (required in sentencing appeal)<br>    Opinion and order/judgment appealed from<br>    Notice of appeal |
| **APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):** |
| Improper color cover, cover should be white<br>Cover does not contain:<br>    Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)<br>    Heading:  United States Court of Appeals for the Fourth Circuit<br>    Title of Case (parties' names)<br>    Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of . . .<br>    Title of Document:  Joint Appendix<br>    Names, Addresses, Phone Numbers of Counsel <u>on both sides of case</u> |
| Binding not secure down left side of document |
| Appendix does not lie reasonably flat when open |
| Appendix contains condensed transcript |
| Appendix does not have page numbers |
| Appendix is not in chronological order |
| No joint appendix (this appeal requires a joint appendix) |
| Additional copies required *(Loc. R. 30(b)* ) (      ) |

**NOTES:** Improper color of cover of opening brief.  Correct color should be blue.